Form 13-11 (20200101)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Michael Wittrock<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 21-14654<br><br>Chapter: 13<br><br>Honorable Jacqueline Cox |

**ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER
COURT-APPROVED RETENTION AGREEMENT**
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---:|---|
| $ | 4,500.00 | for legal services through conclusion of the case. |
| $ | 25.00 | for reimbursable expenses. |
| $ | 4,525.00 | **total fees and reimbursement allowed.** |
| -$ | 50.00 | less payment received from debtor before date of application. |
| $ | 4,475.00 | **balance allowed and due to the attorney under this order.** |

Enter: /s/ Jacqueline P. Cox
J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: FEB 1 4 2022

**Fees Payable to:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600